**EXHIBIT 2:** INFRINGEMENT

URL: https://wearetrademark.com/blog/page/3/

